# COMPLAINT

(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. District Court
Wisconsin Eastern

**MAY 04 2026**

FILED
Clerk of Court

(Full name of plaintiff(s))

TRINA Jones

v.

(Full name of defendant(s))

Auroa Sinai Medical Center

Case Number: **26 -C- 7 9 0**

(to be supplied by Clerk of Court)

A.   PARTIES

1.   Plaintiff is a citizen of ___Wisconsin___ and resides at
     (State)

     3246 North 3RD St MiLwaukee WI 53212
     (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.   Defendant Auroa Sinia Medical Center
     (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.     Who violated your rights;
2.     What each defendant did;
3.     When they did it;
4.     Where it happened; and
5.     Why they did it, if you know.

On JuLy 7th (2025) I was admitted to Sinia Medecal CEnteR aFtrR being Found in my car unresponsive. On or about August 2 I begin to complain about my Left heel Needing to see a Podiatisf to several oF the Work Staff (Nurses). About a month Later It was discovered I had developed a pressure sore on my leFt heel Sinie woawd care team came into my room

and cut my skin open with some sciorrs (unsanitized) that were in the room. my Foot had an odor they attempted to treat it to no avail. I ened up needing surgery. This set me back big time since I was unable to walk do to my right hure being out of sorts. IF they had let me see a Podiatrist he could have removed the dead skin on my LeFt heel. I Suffered a great deal and this set me me back some months in gaining mobility again. The hospital is trying to cover up there Negilegence by placing false allegation on my behalf in there medical Records. I could have Lost my foot.

Case 2:26-cv-00790-NJ    Filed 05/04/26    Page 3 of 5    Document 1

C.  JURISDICTION

☒  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I am seeking compensatory and punitive damages for pain and suffering in the amount of 2 million Dollars (200,000)

Case 2:26-cv-00790-NJ    Filed 05/04/26    Page 4 of 5    Document 1

## E. JURY DEMAND

I want a jury to hear my case.

☒ – YES      ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___24th___ day of ___April___ 20_26_.

Respectfully Submitted,

_Irimo Jones_
Signature of Plaintiff

_414 356-3057_
Plaintiff's Telephone Number

_Jonesthina888@gmail.com_
Plaintiff's Email Address

_3246 North 3rd St_

_Milwaukee WI 53212_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5